**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01952-LTB

MICHAEL JIRON,

     Plaintiff,

v.

RAYMOND VALDEZ, et al.,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     The tendered amended complaint (ECF No. 25) submitted on October 15, 2013, will not be considered because the instant action was dismissed by order filed on October 9, 2013. The "Motion to Vacate Judge Swift Unsititutional Rulings" (ECF No. 24) and the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 26) filed on October 15. 2013, are DENIED as moot.

Dated:  October 16, 2013