**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01952-LTB

MICHAEL JIRON,

    Plaintiff,

v.

RAYMOND VALDEZ, ET AL.,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Relief (ECF No. 42) filed January 22, 2016, is DENIED because Plaintiff fails to provide a clear and concise statement that demonstrates he is entitled to any relief.   Furthermore, the instant action, which was dismissed on October 9, 2013, is closed.

Dated:   January 25, 2016